**STATE of Missouri, Respondent,**

**v.**

**Dustin Allen TIETGE, Appellant.**

**WD 76113**

Missouri Court of Appeals, Western District.

Filed: November 25, 2014

Andrew C. Hooper, Jefferson City, MO, for appellant.

Stephen M. Murrell, Glasgow, MO, for respondent.

Before Division Two: Gary D. Witt, P.J., and Lisa White Hardwick and Alok Ahuja, JJ.

## ORDER

PER CURIAM:

Following a bench trial, Dustin Tietge was convicted in the Circuit Court of Pettis County of possession of a controlled substance with intent to deliver, distribute, and sell, in violation of § 195.211, RSMo and of second-degree drug trafficking in violation of § 195.223, RSMo. Tietge appeals, contending that the methamphetamine discovered on his person during a traffic stop should have been suppressed as evidence, because it was discovered during an unlawful search. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting for the reasons for this order has been provided to the parties. Rule 30.25(b).